UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LENNY J. DI CARLO,                    1:05-cv-01128-OWW-DLB-P

    Plaintiff,              **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14)

vs.

                                                 **ORDER DISMISSING ENTIRE ACTION**

PAUL SCHULTZ, et al.,

    Defendants.
_____/

    Plaintiff, Lenny J. Di Carlo ("plaintiff"), is a prisoner in federal custody at the United Stats Penitentiary in Atwater, California, and seeks relief pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 24, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed on or before May 20, 2007. On May 22, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1 In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6     Accordingly, IT IS HEREBY ORDERED that:
7     1.  The Findings and Recommendations, filed April 24, 2007,
8 are ADOPTED IN FULL; and,
9     2.  This action is DISMISSED in its entirety for
10 plaintiff's failure to state a claim upon which relief may be
11 granted.
12 IT IS SO ORDERED.
13 **Dated:   June 25, 2007**         /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE